FILED

2004 JAN -8  P 12: 26

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| ANTHONY BONTATIBUS | CIVIL ACTION NO. 3:03CV00948(JCH) |
| Plaintiff, | |
| V. | |
| DUNCAN AYR, and TOWN OF BRANFORD | |
| Defendants. | DECEMBER 24, 2003 |

## MOTION FOR ENLARGEMENT OF SCHEDULING ORDER

The defendants, Duncan Ayr and Town of Branford, respectfully request an enlargement of the scheduling order in this case so that the experts disclosure deadline is June 30, 2004, the discovery deadline is September 30, 2004, and the dispositive motion deadline is October 30, 2004. In support of this request, the undersigned represents as follows:

1. This is an action alleging false arrest relating to arson murder charges that resulted in three trials in the Connecticut Superior Court before reaching this Court. It is a factually complex case that will require considerable discovery.

348450

2.  On or about May 28, 2003, prior to the appearance of counsel for the defendants, the Court apparently issued a scheduling order, which included a discovery deadline of November 27, 2003 and a dispositive motion deadline of December 27, 2003.

3.  On or about June 26, 2003, counsel for the defendants appeared in this action.

4.  The defendants were never sent a copy of the Court's scheduling order, apparently because an appearance had not been entered on their behalf when the order was issued.

5.  The defendants' counsel only became aware of the foregoing deadlines by checking the Court's Pacer System on December 23, 2003.

6.  On July 8, 2003, defendants' counsel filed a Motion to Disclose Records in the Superior Court seeking the disclosure of all records relating to the three (3) arson murder cases tried against plaintiff Anthony Bontatibus (the "Criminal Action"), which records were sealed by operation of law after the disposition of the criminal charges.

7.  On September 3, 2003, the Superior Court held a hearing on the Motion to Disclose Records and granted the Motion. The records maintained by the prosecution and defense, however, are voluminous and they have not all been copied and digested.

8.  In addition, the dispute underlying this civil rights action is the subject of a civil action entitled, <u>Bontatibus Floors et al v. The Hartford Fire Insurance Co.</u>, CV-98-0420255-S, pending in the Superior Court for the Judicial District of New Haven (the "State Court Action").

348450

9. There is significant discovery in the State Court Action that is relevant to this action and which needs to be examined by the parties in this case. In addition, there is significant documentation in the Criminal Action that needs to be examined by the parties in this case.

10. Despite the diligence of the parties, the case cannot be adequately prepared within the constraints of the existing scheduling order.

11. On December 24, 2003, the undersigned spoke with plaintiff's counsel, Norman A. Pattis, who indicated he has no objection to this request.

**WHEREFORE**, the defendants Duncan Ayr and Town of Branford, request that their Motion for Enlargement of the Scheduling Order be granted.

RESPECTFULLY SUBMITTED,

DEFENDANTS,
DUNCAN AYR and TOWN OF BRANFORD

By: _____
JAMES N. TALLBERG, ESQ.
Fed. Bar No. ct17849
Updike, Kelly & Spellacy, P.C.
One State Street, P.O. Box 231277
Hartford, CT 06123-1277
Tel. (860) 548-2600

348450

**CERTIFICATION**

I hereby certify that a copy of the foregoing, Motion for Extension of Time, has been sent via U.S. Mail, postage prepaid, to the following counsel of record, this 24th day of December 2003:

Norman A. Pattis, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

By: _____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

348450