UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY BONTATIBUS : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-03-cv-948 (JCH) |
| : | |
| DUNCAN AYR, ET AL : | FEBRUARY 12, 2004 |
|     Defendants : | |

**ENDORSEMENT RULING [DKT. NO. 10]**

Defendants' Motion for Enlargement of Scheduling Order, filed January 8, 2003 [Dkt. No. 10] is hereby GRANTED. The discovery deadline is extended to September 30, 2004, and the dispositive motion deadline is extended to October 30, 2004.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 12th day of February, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge