FILED

2004 FEB -5  P 12: 28

US DIS...
UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY BONTATIBUS,<br>    Plaintiff | : 3:03CV00948(JCH) |
| VS. | : |
| DUNCAN AYR<br>and TOWN OF BRANFORD,<br>    Defendant | : FEBRUARY 3, 2004 |

### PLAINTIFF'S REQUEST FOR A THIRTY DAY EXTENSION OF TIME WITHIN WHICH TO RESPOND TO INTERROGATORIES AND REQUESTS FOR PRODUCTION

The plaintiff, through counsel, respectfully requests that this court grant an extension of time of thirty (30) days within which to respond and/or to object to the defendant's interrogatories and requests for production. In support hereof, the undersigned represents as follow:

    1. Interrogatories and requests for production were served upon the defendant dated January 23, 2004.

    2. The undersigned and Mr. Bontatibus are currently in trial on a related civil suit and that trial is expected to last for three weeks.

    3. It is unlikely that Mr. Bontatibus and the undersigned will be able to complete the interrogatories within the thirty days required by law.

1

4. I have tried to contact Attorney James Tallberg to ascertain his position about this motion for an extension of time but was unable to reach him.

5. This is the first request for an extension of this sort.

					·THE PLAINTIFF
					ANTHONY BONTATIBUS

BY _____
					NORMAN A. PATTIS
					Williams and Pattis, LLC
					51 Elm Street, Suite 409
					New Haven, CT 06510
					Telephone: (203) 562-9931
					Fed Bar No. ct13120
					His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on February 3, 2004 to the following parties and counsel of record:

James N. Tallberg, Esq.
Updike, Kelly & Spellacy, PC
One State St., P.O. Box 231277
Hartford, CT 06123-1277

_____
NORMAN A. PATTIS