#12

FILED

2004 FEB -5 P 12:28

US DIS

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY BONTATIBUS,<br>Plaintiff | : 3:03CV00948(JCH) |
| VS. | : |
| DUNCAN AYR<br>and TOWN OF BRANFORD,<br>Defendant | : FEBRUARY 3, 2004 |

## PLAINTIFF'S REQUEST FOR A THIRTY DAY EXTENSION OF TIME WITHIN WHICH TO RESPOND TO INTERROGATORIES AND REQUESTS FOR PRODUCTION

The plaintiff, through counsel, respectfully requests that this court grant an extension of time of thirty (30) days within which to respond and/or to object to the defendant's interrogatories and requests for production. In support hereof, the undersigned represents as follow:

1. Interrogatories and requests for production were served upon the defendant dated January 23, 2004.

2. The undersigned and Mr. Bontatibus are currently in trial on a related civil suit and that trial is expected to last for three weeks.

3. It is unlikely that Mr. Bontatibus and the undersigned will be able to complete the interrogatories within the thirty days required by law.

MOTION GRANTED.
SO ORDERED
Janet C. Hall, USDJ 2/22/04

1