1/30/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TELEPHONIC STATUS CONFERENCE Calendar

Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

FEBRUARY 12, 2004

9:30 a.m.

STATUS CONFERENCE HELD
Date: 2/12/04

CASE NO. 3-03-cv-948 (JCH)   Bontatibus v. Ayr, et al

Norman A. Pattis
Williams & Pattis
51 Elm St., Ste 409
New Haven, CT 06510

James Newhall Tallberg
Updike, Kelly & Spellacy, P.C.
One State St., Po Box 231277
Hartford, CT 06123-1277

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Counsel are requested to participate in this conference via telephone. This conference call is to be arranged between counsel. Once all parties are on the line, please telephone chambers at (203) 579-5554.