UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| ANTHONY BONTATIBUS | CIVIL ACTION NO. 3:03CV00948(JCH) |
| Plaintiff, | |
| V. | |
| DUNCAN AYR, and TOWN OF BRANFORD | |
| Defendants. | NOVEMBER 1, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Defendants, Duncan Ayr and the Town of Branford have manually filed the following document or thing:

Defendants Exhibits in Support of Motion for Summary Judgment

This document has not been filed electronically because

[ ]   the document or thing cannot be converted to an electronic format
[X]   the electronic file size of the document exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

DEFENDANTS,
DUNCAN AYR and TOWN OF
BRANFORD

By:_____
JAMES N. TALLBERG, ESQ.
Federal Bar Number Ct17849
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600
jtallberg@uks.com

378419

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing, has been sent via U.S. certified mailed, postage prepaid, this 1st day of November, 2004, to the following parties:

Norman A. Pattis, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510.

By: _____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C

378419