UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY BONTATIBUS | CIVIL ACTION NO. 3:03CV00948(JCH) |
| Plaintiff, | |
| V. | |
| DUNCAN AYR, and TOWN OF BRANFORD | |
| Defendants. | NOVEMBER 1, 2004 |

## DEFENDANTS' EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

A. Affidavit of Duncan Ayr of 10/29/04.

1. Lewis Report, dated 12/10/96, No. P-96-01611-3.

2. Miller Report, dated 12/11/96, No. 741407-97-0012.

3. Dearington's Letter to Galvin, dated 01/08/97.

4. Index of witness statements.

5. Statement of Plaintiff, Anthony "Gene" Bortatibus, Sr., dated 11/28/96.

6. Statement of Plaintiff's son, Anthony Bontatibus, Jr., dated 11/28/96.

7. Plaintiff's signed consent to search form, dated 11/29/96.

8. Statement of Plaintiff, Anthony "Gene" Bortatibus, Sr., dated 11/30/96.

9. Statement of Plaintiff's son, Anthony Bontatibus, Jr., dated 11/30/96.

378294

10. Detective Smarz's Continuation of Investigation Report, No. P96-016113, dated 12/10/96.

11. Mr. Cristino's Report, dated 12/03/96.

12. Detective Ayr's Case/Incident Report, No. 96-20506, dated 12/03/96, regarding Kenneth M. Barbour.

13. Detective Ayr's Case/Incident Reports, No. 96-20506, dated 12/04/96, regarding Justin C. Infantino, Timothy J. Judd and James A. Paul, Jr.

14. Detective Ayr's Case/Incident Reports, No. 96-20506, dated 12/06/96, regarding Timothy Judd.

15. Detective Ayr's Case/Incident Reports, No. 96-20506, dated 12/05/96, regarding James K. Kennedy and Albert I. Sheppard.

16. Detective Ayr's Case/Incident Reports, No. 96-20506, dated 12/09/96, regarding Timothy J. Judd, Alice E. McGuire and Marion H. McClellan.

17. Arrest Warrant Affidavit, dated 03/07/97.

18. The Hartford Insurance Company, Policy No. 31 SBK GB3476, effective 11/06/96 to 11/05/97, and related materials.

B. Deposition of Anthony Bontatibus of 06/10/04 [Volume I].

C. Deposition of Anthony Bontatibus of 08/06/04 [Volume II].

D. Plaintiff's testimony in Bontatibus Floors, v. Hartford Fire Ins., No. CV98-0420255S of 2/19/04, with Affidavit of James N. Tallberg.

E. Russell letter to Branford Police Department of 12/06/96.

F. Brown letter to Carroll of 12/10/96

G. Affidavit of Branford Police Chief Robert W. Gill of 10/29/04.

H. Interrogatories.

378294

DEFENDANTS,
DUNCAN AYR and TOWN OF
BRANFORD

By: /s/ *signature*
JAMES N. TALLBERG, ESQ.
Federal Bar Number Ct17849
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600
jtallberg@uks.com

### CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing, has been sent via U.S. certified mailed, postage prepaid, this 1st day of November, 2004, to the following parties:

Norman A. Pattis, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510.

By: /s/ *signature*
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C

378294