UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY BONTATIBUS,<br>    Plaintiff | :<br>:  3:03CV00948(JCH)<br>: |
| VS. | :<br>: |
| DUNCAN AYR<br>and TOWN OF BRANFORD,<br>    Defendant | :<br>:  NOVEMBER 22, 2004 |

PLAINTIFF'S NUNC PRO TUNC REQUEST
FOR A THIRTY DAY EXTENSION OF TIME WITHIN WHICH TO RESPOND
TO SUMMARY JUDGMENT MOTION

The plaintiff, through counsel, respectfully requests that this court grant an extension of time of thirty (30) days within which to respond to the defendants' motion for summary judgment. In support hereof, the undersigned represents as follows:

1. I represent the plaintiff in this action.

2. The defendants have filed a motion for summary judgment and the response to that motion is due on November 22, 2004.

3. The underlying dispute was the subject of three felony-murder trials and one civil trial. All trials resulted in mistrials.

4. I have been unable to respond to the defendants' motion within the

1

          period required by law due to other briefing and trial commitments.

5.     I am requesting a 30-day extension of time within which to respond to this motion.

6.     This is the first such request.

7.     I have conferred with my adversary in this action, Attorney James Tallberg, and he consents to my request for an extension of time.

                                      THE PLAINTIFF
                                      ANTHONY BONTATIBUS

BY_____
       NORMAN A. PATTIS
       Williams and Pattis, LLC
       51 Elm Street, Suite 409
       New Haven, CT 06510
       Telephone: (203) 562-9931
       Fed Bar No. ct13120
       His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on November 22, 2004 to the following parties and counsel of record:

James N. Tallberg, Esq.
Updike, Kelly & Spellacy, PC
One State St., P.O. Box 231277
Hartford, CT 06123-1277

_____
NORMAN A. PATTIS