UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY BONTATIBUS,<br>    Plaintiff | :<br>:  3:03CV00948(JCH)<br>: |
| VS. | :<br>: |
| DUNCAN AYR<br>and TOWN OF BRANFORD,<br>    Defendant | :<br>:  JANUARY 3, 2005 |

PLAINTIFF'S NUNC PRO TUNC REQUEST
FOR A SECOND EXTENSION OF TIME WITHIN WHICH TO RESPOND TO
SUMMARY JUDGMENT MOTION

The plaintiff, through counsel, respectfully requests that this court grant a second extension of time to respond to the defendants' motion for summary judgment. In support hereof, the undersigned represents as follows:

1. I represent the plaintiff in this action.

2. The defendants have filed a motion for summary judgment and the response to that motion is due on November 22, 2004. The plaintiff obtained an extension of time to respond to that brief.

3. The underlying dispute was the subject of three felony-murder trials and one civil trial. All trials resulted in mistrials.

4. I have been unable to respond to the defendants' motion within the

1

      period required by law due to my decision to leave the firm Williams and Pattis, LLC, and form a firm of my own. Planning and executing the move, together with the time involved starting a new office has proven more time-consuming than I had expected it to be.

5.    This is the second such request.

6.    I have conferred with my adversary in this action, Attorney James Tallberg, and he consents to my request for an extension of time.

7.    I am requesting until March 1, 2005 to complete the brief.

                                THE PLAINTIFF
                                ANTHONY BONTATIBUS


                            BY_____
                                NORMAN A. PATTIS
                                Williams and Pattis, LLC
                                51 Elm Street, Suite 409
                                New Haven, CT 06510
                                Telephone: (203) 562-9931
                                Fed Bar No. ct13120
                                His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on January 3, 2005 to the following parties and counsel of record:

James N. Tallberg, Esq.
Updike, Kelly & Spellacy, PC
One State St., P.O. Box 231277
Hartford, CT 06123-1277


                                                                  _____
                                                                              NORMAN A. PATTIS