UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY BONTATIBUS, | : | |
| | : | |
| v. | : | 3:03cv00948 (JCH) |
| | : | |
| DUNCAN AYR, ET AL. | : | MARCH 28, 2005 |

## PLAINTIFF'S MOTION FOR PERMISSION TO FILE BRIEF OUT OF TIME

The plaintiff requests permission to file this brief out of time. In support hereof, he represents as follows:

1. The plaintiff's memorandum in opposition to the defendants' motion for summary judgment was due on March 1, 2005, and that deadline had previously been extended upon request of the plaintiff.

2. Plaintiff's counsel was involved in a complex trial requiring extensive preparation on short notice for the latter part of February and early March, resulting in his inability to keep up with briefing schedules in several cases, including the instant case.

3. I have requested that my adversary consent to this motion, and he reports that he takes no position.

4. The defendants are not prejudiced should the Court grant this request.

5. The plaintiff desires that these issues be decided on the merits.

THE PLAINTIFF

By_____
NORMAN A. PATTIS
649 Amity Road
Bethany, CT 06524
203.393.3017
203.393.9745
ct 13120

## **CERTIFICATION**

The foregoing was mailed this 28th day of March 2005 to James Tallberg, Updike, Kelly & Spellacy, One State Street, P.O. Box 231277, Hartford, CT 06123.

_____
NORMAN A. PATTIS