UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY BONTATIBUS, | : | |
| | : | |
| v. | : | 3:03cv00948 (JCH) |
| | : | |
| DUNCAN AYR, ET AL. | : | MARCH 28, 2005 |

## **PLAINTIFF'S MOTION FOR PERMISSION TO FILE BRIEF OUT OF TIME**

The plaintiff requests permission to file this brief out of time. In support hereof, he represents as follows:

1. The plaintiff's memorandum in opposition to the defendants' motion for summary judgment was due on March 1, 2005, and that deadline had previously been extended upon request of the plaintiff.

2. Plaintiff's counsel was involved in a complex trial requiring extensive preparation on short notice for the latter part of February and early March, resulting in his inability to keep up with briefing schedules in several cases, including the instant case.

3. I have requested that my adversary consent to this motion, and he reports that he takes no position.

4. The defendants are not prejudiced should the Court grant this request.

5. The plaintiff desires that these issues be decided on the merits.

THE PLAINTIFF

By_____
        NORMAN A. PATTIS
        649 Amity Road
        Bethany, CT 06524
        203.393.3017
        203.393.9745
        ct 13120

## **CERTIFICATION**

The foregoing was mailed this 28th day of March 2005 to James Tallberg, Updike, Kelly & Spellacy, One State Street, P.O. Box 231277, Hartford, CT 06123.

_____
       NORMAN A. PATTIS