UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY BONTATIBUS,

v.     3:03cv00948 (JCH)

DUNCAN AYR, ET AL.     MARCH 28, 2005

## PLAINTIFF'S LOCAL RULE 56(A)2 STATEMENT

**Plaintiff's Response to Defendants' Assertions of Fact**

The plaintiff offers the following responses to the defendants' Local Rule 56(a)1 Statement:

1. Admit.
2. Admit.
3. Admit.
4. Admit.
5. Admit.
6. Admit.
7. Admit.
8. Admit.
9. Plaintiff neither admits nor denies.
10. Admit that Mr. Lewis was investigator for the State Fire Marshal's Office.
11. Plaintiff neither admits nor denies.
12. Admit.
13. Admit.
14. Admit.

1

15. Admit.

16. Admit.

17. Admit.

18. Admit.

19. Admit.

20. Admit.

21. Admit.

22. Admit.

23. Admit.

24. Admit.

25. Admit.

26. Admit.

27. Admit.

28. Admit.

29. Admit.

30. Admit.

31. Admit.

32. Admit.

33. Admit.

34. Admit.

35. Admit.

36. Admit.

37. Admit.

38. Admit.

39. Admit.

40. Admit.

41. Admit.

42. Admit.

43. Admit.

44. Admit.

45. Admit.

46. Admit.

47. Admit.

48. Admit.

49. Admit.

50. Admit.

51. Admit.

52. Admit.

53. Admit.

54. Admit.

55. Admit.

56. Admit.

57. Admit.

58. Admit.

59. Admit.

60. Admit.

61. Admit.

62. Admit.

63. Admit.

64. Admit.

65. Admit.

66. Admit.

67. Admit.

68. Admit.

69. Admit.

70. Admit.

71. Admit.

72. Admit.

73. Admit.

74. The plaintiff neither admits nor denies.

75. The plaintiff neither admits nor denies.

76. The plaintiff neither admits nor denies.

77. Admit.

78. Admit.

79. Admit.

80. Admit.

81. Admit.

82. Admit.

83. Admit.

84. Admit.

85. Admit.

86. Admit.

87. Admit.

88. Admit.

89. Admit.

90. Admit.

91. Admit.

92. Admit.

93. Admit.

94. Admit.

95. Admit.

96. Admit.

97. Admit.

98. The plaintiff does not know how to respond to this assertion.

99. Admit.

100. The plaintiff neither admits nor denies this assertion.

101. Admit.

102. Admit.

103. Admit.

104. Admit.

105. Admit.

5

**Plaintiff's Statement of Material Facts In Dispute**

1. Mr. Bontatibus did not start the fire at his place of business, and does not know how the fire originated. Bontatibus Affidavit, Para. 5.

2. Mr. Bontatibus offered full and complete cooperation to law-enforcement officers at the time the fire was being extinguished. Bonatitibus Affidavit, Para. 7.

3. Mr. Bontatibus told law enforcement officers that the value of the insurance policy for his business was approximately $125,500, and never stated it was a different amount.

4. At the time of the fire, Mr. Bontatibus' business-related debt was approximately $150,000, and he had accounts receivable sufficient to cover foreseeable operating expenses. Bontatibus Affidavit, Para. 11.

5. Don Barry was a private fire investigator employed by the Hartford Insurance Company. Bontatibus Floors, et at. Trial, February 25, 2004, p. 18.

6. One of the Fire Marshal's concerns at the fire scene was maintaining the integrity of the suspected crime scene. Id., p. 101.

7. Mr. Barry was permitted access to the fire scene when he was neither a firefighter or a member of the fire marshal's office, but rather as an agent for an insurance company. Id., pp. 105-108.

THE PLAINTIFF

By _____
NORMAN A. PATTIS
649 Amity Road
Bethany, CT 06524
203.393.3017
203.393.9745

**CERTIFICATION**

The foregoing was mailed this 28th day of March 2005 to James Tallberg, Updike, Kelly & Spellacy, One State Street, P.O. Box 231277, Hartford, CT 06123.

_____
NORMAN A. PATTIS