UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY BONTATIBUS, | : | |
| | : | |
| v. | : | 3:03cv00948 (JCH) |
| | : | |
| DUNCAN AYR, ET AL. | : | MARCH 28, 2005 |

### PLAINTIFF'S NOTICE OF MANUAL FILING

_____The plaintiff herewith files notice of his manual filing of his memorandum in opposition to summary judgment and Local Rule 56 statement as the documents are too long to be copied scanned and transmitted electronically._____

        THE PLAINTIFF

        By_____
        NORMAN A. PATTIS
        649 Amity Road
        Bethany, CT 06524
        203.393.3017
        203.393.9745
        ct 13120

### CERTIFICATION

The foregoing was mailed this 28th day of March 2005 to James Tallberg, Updike, Kelly & Spellacy, One State Street, P.O. Box 231277, Hartford, CT 06123.

_____
NORMAN A. PATTIS