UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ANTHONY BONTATIBUS

       v.                      3:03cv948 JCH

DUNCAN AYR and
TOWN OF BRANFORD

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on August 25, 2005, entered a Ruling on Defendants' Motion for Summary Judgment granting defendants' motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 26th day of August, 2005.

                                        KEVIN F. ROWE, Clerk

                                        By       /s/ Chrystine W. Cody
                                                   Deputy-in-Charge

Entered on Docket _____